IN THE UNITED STATES MIDDLE DISTRICT COURT
STATE OF ALABAMA

RECEIVED
2011 JUN 14 P 12:06
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA

IBRAHEEM YAZEED
    THE PLAINTIFF,

vs.

CIVIL ACTION NO.
2:11-CV-503-MHT-WC

ELLEN I. BROOKS, ETAL
CITY OF MONTGOMERY POLICE
DEPARTMENT, OFFICER'S ETAL
D.T. MARSHALL'S Sheriff etal

AFFIDAVIT PETITION Complaint
PETITION FOR 42 U.S.C. S.§ 1983
Complaint under claim stated 28 U.S.C.S§ 2680(h) ILLEGAL ARRESTED, WRONGFUL Imprisonment, under FATAL VARIANCE INDICTMENT OF ROBBERY 1st degree and FATAL VARIANCE FALSE Affidavit ARREST WARRANT Complaint Charging Robbery 1st degree without NO SERIOUS Physical Injury to the Victims (SEE) Alabama State Rules of Court procedure criminal Rules §§§ 13.1.(a)(b)(c) et seq., 13.2.(a) et seq., Title Code of Ala § 15-8-25

1.

## Grounds

### ILLEGAL WARRANT

1. The Affidavit ARREST WARRANT Complaint is illegal For Charging Robbery 1st degree when no Serious physical Injury Took place to the Victims Pursuant To Ala. Title Code 1975, Section 13A-8-41

### ILLEGAL INDICTMENT

2. The Indictment is illegal For Charging Robbery 1st degree when there was NO Serious physical Injury to the Victim's Pursuant Alabama Title Code 1975 § 15-8-25 et seq., Ala. R. Crim. P. 13.1.(a)(b)(c) et seq., 13.2.(a)

### KIDNAPPING

3. The Montgomery City Police Department, ET AL and District Attorney Ellen I Brooks, ET AL I bring Charges of Civil and Criminal For kidnapping under Ala. Title Code 1975, Section §13A-6-41 et seq., 13A-6-42 et seq., 13A-6-43 et seq., 18 U.S.C.S. § 1201 et seq., 28 U.S.C.S. § 2680(h)

Wherefore premise consider the plaitiff pray's the court will enter an order for Evidentiary Hearing and preliminary Injunction Relief to vacate this illegal ARREST Wrongful Imprisonment at Montgomery County Courthouse and Montgomery County Jail day 13th June, 2011

Respectfully submitted
*Iraheem Yazeed*
IRAHEEM YAZEED
#96839
Montgomery County Jail
P.O. Box 4599
251 S. Lawrence Street
Montgomery, Alabama 36102

## CERTIFICATE OF SERVICE

Served upon District Attorney Ellen I. Brooks at 251 S. Lawrence Street, Montgomery, Alabama 36102 and upon Sheriff D. T. Marshalls 251 S. Lawrence Street, Montgomery, Alabama 36102 and upon M.C.P.D at Montgomery, Ala Day 13 month June, 2011

Respectfully submitted
*Iraheem Yazeed*
IRAHEEM YAZEED

# Affidavit

My name is IRAHEEM YAZEED I swear to Affirm this is the Correct facts under Federal Rules of Civil procedure 56(e) and 56(c) I swear I am over the Age of 20 and Can Stand Trial to Allege the facts

Day 13 Month June, 2011

Respectfully submitted

*Iraheem Yazeed*

IRAHEEM YAZEED
Montgomery County Jail
P.O. Box 4599
Montgomery, Ala 36102

| Witnesses: | Booking # |
|---|---|
| 1. Gerald Perry | 88151 |
| 2. Edward Will | 68559 |
| 3. Jimmy Killingsworth | 10833 |
| 4. *illegible* | 76141 |
| 5. Jason Nelson | 96674 |

IBRAHEEM YAZEED
Booking #96839 M.C.D.F
Cell # 3-B-8
P.O. Box 4599
Montgomery, Ala 36102



"Law Suit Petition"
Debra Hackett
Clerk of Court House
P.O. Box 711
Montgomery, Alabama 36101

INMATE MAIL

36101+0711