IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IBRAHEEM YAZEED, | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-458-TMH (WO) |
| ELLEN BROOKS, *et al.*, | * | |
| Defendants. | * | |

# **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that

1. the Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims against Defendants Brooks, Marshall, and the Montgomery City Police Department are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's wrongful imprisonment claim is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case is dismissed prior to service of process.

Done this 9th day August, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE